IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1–27, <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER MOOTING [50] REPORT AND RECOMMENDATION** <br><br> Case No. 2:16-cv-01262-DN-DBP <br><br> District Judge David Nuffer <br><br> Magistrate Judge Dustin B. Pead |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on May 23, 2018 recommends that Defendant Alan Carroll's Motion to Dismiss[2] be denied.[3]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[4] Within the objection period, however, Plaintiff and Defendant Carroll filed the Stipulation of Dismissal with Prejudice.[5] Because Defendant Carroll has been dismissed and is no longer a party to this case, the recommendation to deny Defendant Carroll's motion to dismiss is moot.

---

[1] Report and Recommendation, docket no. 50, filed May 30, 2018.

[2] Report and Recommendation at 3.

[3] Motion to Dismiss, docket no. 39, filed October 6, 2017.

[4] Report and Recommendation at 3.

[5] Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii), docket no. 53, filed June 1, 2018.

# ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[6] is MOOT.

Signed July 12, 2018.

BY THE COURT

David Nuffer
United States District Judge

---

[6] Report and Recommendation, docket no. 50, filed May 30, 2018.